866

No. 373, Misc. CUMMINGS v. BENNETT, WARDEN. District Court of Lee County, Iowa. Certiorari denied.

No. 376, Misc. ELLIOTT v. MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 425, Misc. ROBINSON v. NEW YORK CENTRAL RAILROAD Co. Court of Appeals of New York. Certiorari denied.

No. 381, Misc. SCHOEL v. WASHINGTON. Supreme Court of Washington. Certiorari denied.

No. 385, Misc. McGUIRE v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 386, Misc. BALES v. CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 389, Misc. KIYAMA ET UX. v. RUSK, SECRETARY OF STATE. C. A. 9th Cir. Certiorari denied. *A. L. Wirin* and *Fred Okrand* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick* and *Morton Hollander* for respondent.

No. 404, Misc. ROSARIO v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 407, Misc. PINEIRO-LOPEZ v. KENNEDY, ATTORNEY GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *J. J. Kilimnik* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for respondent.